UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICIA A. BRODIE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00479 |
| | § | |
| CAROLYN W COLVIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On November 8, 2017, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 12), recommending that this Court deny Plaintiff's motion for summary judgment (D.E. 7 (denominated as Plaintiff's "Brief")) and affirm the Commissioner's determination. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 12), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's Brief, construed as a motion for summary judgment (D.E. 7) is **DENIED** and the Court **AFFIRMS** the decision of the Commissioner of the Social Security Administration that Plaintiff was not disabled and **DISMISSES** this action.

ORDERED this 27th day of November, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE